IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CARMEN BOYD BROWN,            )
                              )
          Petitioner,         )
                              )
     v.                       )          1:14CV514
                              )
FRANK PERRY,                  )
                              )
          Respondent.         )

## ORDER

On June 24, 2014, the Recommendation of the United States Magistrate Judge was filed (Doc. 4) and notice was served on the parties pursuant to 28 U.S.C. § 636(b). On July 9, 2014, Petitioner filed an objection. (Doc. 6)

The court has conducted a review of those portions of the Recommendation to which objection was made and has made a *de novo* determination. The court's review is in accord with the Recommendation.

IT IS THEREFORE ORDERED that this action be DISMISSED *sua sponte*; this ruling is without prejudice to Petitioner filing a new petition which corrects the defects of the current Petition after she exhausts her state court remedies.

                              /s/   Thomas D. Schroeder
                              United States District Judge

July 14, 2014